## APPENDIX/TABLE OF EXHIBITS

A. Exhibit "A", Plaintiff's Exhibit "A" to the Complaint which includes photos of receipts of purchase of the products in question from BJs

B. Exhibit "B", Defendant's Correspondence to Plaintiff Requesting Documentation

C. Exhibit "C", Plaintiff's Response Providing Documentation, BJs Receipts

D. Exhibit "D", Plaintiff's Filed Complaint