# DE FINO LAW ASSOCIATES, P.C.

### 2541 S. Broad Street
### Philadelphia, PA 19148

Tel: (215) 551-9099
Fax: (215) 551-4099
www.thephillyfirm.com

Michael Anthony DeFino
Vincent Anthony DeFino

Of Counsel
Vincent N. Melchiorre
Anthony L. Marchetti, Jr.*

Nicholas J. Starinieri*
Nicholas L. Palazzo*
Benjamin J. Simmons
Natalie DeMeis*
*Also Member NJ Bar

8/28/24

Gordon and Rees
Att Virginia Squitieri, Erik DiMarco, Nunzio Moudatsos
Via Email only vsquitieri@grsm.com; edimarco@grsm.com; nmoudatsos@grsm.com

and

Sedgwick Claims
Att Thomas Sullivan
Via email only thomas.sullivan@sedgwick.com

Re: Faboloso Multipurpose Injury
My Client: Patricia Bevins
Sedgwick/BJ's Claim: A423061V0PV-0001

Dear Ms. Squitieri, and Mr. Sullivan:

In response to your requests, I have included the requested information for your review, including the following;

(1) Completed and Executed Consumer Data Form
(2) Medical Records Supporting Injury
(3) Set of Photographs of Injury from February of 2023
(4) Set of Photographs from August/September 2024
(5) Copies of receipts and paperwork concerning product purchase and recall information to Patricia's employer.

Important and unique to my client's claim, is that prior to plaintiff having her one and only child, she had long worked in the casino industry as a dealer and had only worked in cleaning as a part time job in addition to "mom-ing" full time. That said, she always intended on going back into the casino industry where she could earn at a much higher rate than compared to cleaning; and is now reluctant to pursue a future employment in the casino industry due to the fact that dealing cards obviously requires focus on the dealer's hands.

While seriously injured, my client is reasonable, and pragmatic and hopes to resolve her claims as efficiently as possible. As such, please contact me once you have reviewed the attached information so we can discuss potential resolution and next steps.

Very truly yours,

NICHOLAS L. PALAZZO, ESQ.

## CONSUMER DATA FORM

### CONSUMER INFORMATION

| Full Name:   Patricia Bevins | Sex :<br>☐   xFemale | Date of Birth:<br><br>5/18/91 | Weight:<br>☐  LB _150_<br>☐  Kg |
|---|---|---|---|

Mailing Address and email address:

C/o 2541 S. Broad Street,
Phila., PA 19148

Marital Status:

Single

Telephone Number :
         C/o 215 551 9099

Spouse's Name (if applicable):

### FABULOSO PRODUCT INFORMATION

Name of Fabuloso product(s) involved:
         see receipts and product paper work
         attached relating to Multipurpose

Scent and color of the Fabuloso product(s) involved:

_Lavender_                              _Purple_

Where was the Fabuloso product(s) purchased? *If you have a receipt or invoice showing proof of purchase, please provide contemporaneously with this Form.*
                      see attached

Date the Fabuloso product(s) were purchased:
                      see attached receipts

If the Fabuloso product(s) were purchased by anyone other than the Consumer, please provide the purchaser's full name and address:

Product purchased by someone else and used by the consumer, Patricia Bevins.

Do you still have any Fabuloso products in your possession? If yes, please identify the quantity of products in your possession and visit Fabuloso® Recall.com for more information. If no, please advise how and when they left your possession. *To the extent that you have a Fabuloso product in your possession that you believe is part of the recall, please provide photographs of the container from all angles and make sure that any writing on the container is captured in the photographs.*
                      No.

What is the UPC and lot/manufacturing code number on the Fabuloso product(s)?

                      Unknown. See Documentation and photos attached.

**EVENT INFORMATION**

1.  When did you first use the Fabuloso product(s) that you believe are a part of the recall?

    January of 2023 or thereabout

2.  How many times / how frequently did you use the product?

    frequently, multiple times per week

3.  Where did you use the product?

    work

4.  Did anyone witness you using the product? If so, please provide their names and addresses.

    yes, cleaning partner Lauren Watson

5.  Did you stop using the product? If so, please provide the last day of usage.

    some time around February of 2023

6.  Did you experience or exhibit any physical complaints/conditions from using the product? If yes, please provide more information here including identifying the symptoms exhibited and the date of onset:

    yes, dry, cracked, itchy, scarring

7.  If you answered "Yes" to question 6, above, did you seek medical attention? If yes, please provide dates and the names of all medical providers and hospitals. *Additionally, please provide all medical records in your possession related to your medical treatment associated with Fabuloso, and completed HIPAA authorization(s) for release of medical records contemporaneously with this Form.*    yes, see medical records attached, we object to your request for a full HIPPA release.

8.  Have your symptoms and physical complaints since resolved? If yes, please provide approximate date.

    no continued discomfort, discoloration, scarring

9.  If you answered "Yes" to question 6 above, have you ever experienced those symptoms in the past? If yes, please explain.

10. Do you have any preexisting medical conditions or diseases?

    none relevant

__Patricia Bevins_____
Claimant Printed Full Name

_____
Claimant Signature

_____
Attorney Signature

Date

8/30/2024
Date

8/28/24
Date



*9-27-23- fax to 484-628-8822*
*atta Lasonna -*

# DE FINO LAW ASSOCIATES, P.C.

**2541 S. Broad Street**
**Philadelphia, PA 19148**

Tel: (215) 551-9099
Fax: (215) 551-4099
www.definolawyers.com

Michael Anthony DeFino
Vincent Anthony DeFino

Of Counsel
Vincent N. Melchiorre

Nicholas J. Starinieri*
Nicholas L. Palazzo*
Benjamin J. Simmons
Chanté N. DePersia
Natalie DeMeis*
*Also Member NJ Bar

## Facsimile Cover Sheet

Date:   08-01-23                    Number of Sheets including cover: 3

Fax:    **VIA FAX: 484-334-6100**
        Tower Health Urgent Care

        *RE:    Patricia Bevins*
               *DOB: 5/18/91*

From: NICHOLAS L. PALAZZO, /JULIE MYERS, PARALEGAL

NOTE: Please see attached.

Please call if there is any problem with this facsimile transmission. Thanks.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY
PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE
INDIVIDUAL OR ENTITY NAMED ABOVE. IF THE READER OF THIS MESSAGE IS
NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY
DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY
PROHIBITED. IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE
TO THE MAIN ADDRESS LISTED ABOVE VIA THE U.S. POSTAL SERVICE. THANK
YOU.

RECEIVED BY

SEP 29 2023

CIOX HEALTH

From:    .                                                   09/27/2023 13:41    #711 P 002/004

# DE FINO LAW ASSOCIATES, P.C.

### 2541 S. Broad Street
### Philadelphia, PA 19148

Tel: (215) 551-9099
Fax: (215) 551-4099
www.definolawyers.com

Michael Anthony DeFino
Vincent Anthony DeFino

Of Counsel
Vincent N. Melchiorre

Nicholas J. Starinieri*
Nicholas L. Palazzo*
Benjamin J. Simmons
Natalie DeMais*
*Also Member NJ Bar

August 1, 2023

VIA FAX: 484-334-6100
Tower Health Urgent Care
2231 Bryn Mawr Avenue
Philadelphia, PA 19131

      RE:   *Patricia Bevins*
            *DOB: 5/18/91*

To whom it may concern:

    Please be advised that I am the attorney for Patricia Bevins in her claim for injuries sustained to her hands/skin. Ms. Bevins advised me that she presented to your facility for care and treatment.

    Kindly forward the undersigned a copy of your complete medical chart pertaining to this incident from 1/1/2023 up to the present time. An appropriate medical authorization permitting you to release the request records is attached.

    Thank you for your courtesy.

                Very truly yours,

                /s/
                Nicholas L. Palazzo, Esquire

NLP/jcm
Enclosure

From:

09/27/2023 13:42    #711 P.003/004

## AUTHORIZATION TO USE AND DISCLOSE
## PROTECTED HEALTH INFORMATION

**PATIENT:**   Name: Patricia Berns

Address: 916 N. 46th Street
Phila. Pa. 19131

Birth date: 5-18-91

Soc. Sec. No.: XXX-xx-6276

**AUTHORIZES:** Tower Health Urgent Care

**TO RELEASE PROTECTED HEALTH INFORMATION TO:**    DE FINO LAW ASSOCIATES, P.C.
2541 S. Broad Street, Philadelphia, PA 19148

**INFORMATION TO BE RELEASED:**

___ Medical History, Examination, Reports       ___ Surgical Reports       ___ Treatment or Tests
___ Hospital Records Including Reports           ___ Immunizations          ___ Allergy Records
___ X-ray Reports                                ___ Prescriptions          ___ Laboratory Reports
___ Consultations                                 X  Entire Record          ___ Other (Specify)_____

In compliance with any state Statutes which require special permission to release otherwise privileged information, please release records pertaining to:

___ Mental Health          ___ Developmental Disabilities      ___ Alcoholism
___ Drug Abuse             ___ HIV (AIDS)                       ___ Sexually Transmitted Diseases
___ Other (Specify):_____

**FOR THE FOLLOWING DATE(S):** any/all from 1-2-23 to present

**PURPOSE FOR NEED OF DISCLOSURE:** (Check applicable categories)

___ Further Medical Care       ___ Personal                        ___ Insurance Eligibility/Benefits
___ Changing Physicians         X  Legal Investigation or Action    ___ Other (Specify):

**RIGHT TO REVOKE:** I understand that I have a right to revoke this authorization at any time. I understand that if I revoke this authorization, I must do so in writing and present my written revocation to the health information management department. I understand that the revocation will not apply to information that has already been released in response to this authorization. I understand that the revocation will not apply to my insurance company when the law provides my insurer with the right to contest a claim under my policy.

**EXPIRATION DATE:**   This authorization is good until the following date(s)
or event(s) (specify event) Until Case Settlee

**RE-DISCLOSURE & VOLUNTARINESS:** I understand that once the above information is disclosed, it may be re-disclosed by the recipient and the information may not be protected by federal privacy laws or regulations. I understand authorizing the use or disclosure of the information identified above is voluntary. I need not sign this form to ensure healthcare treatment.

I have had an opportunity to review and understand the content of this authorization form. By signing this authorization, I am confirming that it accurately reflects my intentions and directions.

**Signature of Patient:** X _____    **Date:** X8 1 2023

(If signed by person other than patient, state relationship and authority to do so.)

Patient is: ___ Minor      ___ Incompetent       ___ Disabled      ___ Deceased

Other Legal Authority:
___ Custodial Parent              ___ Legal Guardian       ___ Executor of Estate of Deceased
___ Power of Attorney for Healthcare                       ___ Authorized Legal Representative

From:                                          09/27/2023 13:43    #711 P 004/004

TX Result Report                                              P    1
                                                        08/01/2023  10:54
                                                Serial No.  AA2H013000502
                                                          TC:      37429

| Addressee | Start Time | Time | Prints | Result | Note |
|---|---|---|---|---|---|
| 14843346100 | 08-01  10:45 | 00:01:12 | 000/003 | Cont | |
| 14843346100 | 08-01  10:53 | 00:01:27 | 003/003 | OK | |

Note

Result

# DE FINO LAW ASSOCIATES, P.C.

2541 S. Broad Street
Philadelphia, PA 19148

Tel: (215) 551-9099
Fax: (215) 551-4099
www.definolawpc.com

Michael Anthony DeFino
Vincent Anthony DeFino

Of Counsel
Vincent N. Barbieri

Nicholas J. Barbieri*
Nicholas L. Palazzo
Benjamin J. Simmons
Chanel N. DeParto
Nando Dobkato*
*Also Member Of Bar

## Facsimile Cover Sheet

Date:  08-01-23                Number of Sheets including cover: 3

Fax:  **VIA FAX: 484-334-6100**
      Tower Health Urgent Care

      RE:   *Patricia Bevins*
            *DOB: 5/18/91*

From: NICHOLAS L. PALAZZO, /JULIE MYERS, PARALEGAL

NOTE: Please see attached

Please call if there is any problem with this facsimile transmission.  Thanks.

THE INFORMATION CONTAINED IN THIS FACSIMILE MESSAGE IS ATTORNEY
PRIVILEGED AND CONFIDENTIAL INFORMATION INTENDED FOR THE USE OF THE
INDIVIDUAL OR ENTITY NAMED ABOVE.  IF THE READER OF THIS MESSAGE IS
NOT THE INTENDED RECIPIENT, YOU ARE HEREBY NOTIFIED THAT ANY
DISSEMINATION, DISTRIBUTION OR COPY OF THIS COMMUNICATION IS STRICTLY
PROHIBITED.  IF YOU HAVE RECEIVED THIS COMMUNICATION IN ERROR, PLEASE
IMMEDIATELY NOTIFY US BY TELEPHONE AND RETURN THE ORIGINAL MESSAGE
TO THE MAIN ADDRESS LISTED ABOVE VIA THE U.S. POSTAL SERVICE.  THANK
YOU.

**Ciox Health  - PAYMENTS ONLY**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

# CiOX
### HEALTH
## INVOICE

| | |
|---|---|
| Invoice #: | 0433767362 |
| Date: | 10/05/2023 |
| Customer #: | 1456342 |

| Ship to: | Bill to: | Records from: |
|---|---|---|
| NICHOLAS L PALAZZO | NICHOLAS L PALAZZO | PREMIER URGENT CARE EXTON |
| DE FINO LAW ASSOCIATES | DE FINO LAW ASSOCIATES | 278 EAGLEVIEW BLVD |
| 2541 S BROAD ST | 2541 S BROAD ST | EXTON,PA 19341 |
| PHILADELPHIA,PA 19148-4309 | PHILADELPHIA,PA 19148-4309 | |

| | | | |
|---|---|---|---|
| Requested By: | DE FINO LAW ASSOCIATES | DOB : | 05/18/1991 |
| Patient Name: | BEVINS PATRICIA | | |

Your request for copies of medical records has been processed.  Full payment in advance is required and must be received within 30 days of the receipt of this invoice, before your copies will be released.  Promptly return the bottom portion of this invoice along with a check for the balance due.  To expedite the request or to pay by credit card, please call 800-367-1500.
**FULL PAYMENT REQUIRED PRIOR TO RELEASE OF RECORDS**

| Description | Quantity | Unit Price | Amount |
|---|---|---|---|
| Basic Fee | | | 27.14 |
| Retrieval Fee | | | 0.00 |
| Per Page Copy (Paper) 1 | 19 | 1.83 | 34.77 |
| Electronic Data Archive Fee | | | 2.00 |
| Subtotal | | | 63.91 |
| Sales Tax | | | 3.83 |
| Invoice Total | | | 67.74 |
| Balance Due | | | 67.74 |

**Please remit this amount : $67.74(USD)**

------------------------------✂------------------------------------------------------------------------------------

**Ciox Health  - PAYMENTS ONLY**
P.O. Box 409740
Atlanta, Georgia 30384-9740
Fed Tax ID 58 - 2659941
1-800-367-1500

Get future medical records as soon as they are processed, by signing up  for secure electronic delivery.
Register at:  https://www.smartrequest.com/

| | |
|---|---|
| Invoice #: | 0433767362 |
| Check # | _____ |
| Payment Amount $ | _____ |

# Please return stub with payment.
Please include invoice number on check.
To pay invoice online, please go to https://paycioxhealth.com/pay/ or call 800-367-1500.
Email questions to collections@cioxhealth.com.



**Tower Health Medical Group**

TOWER HEALTH

THMG Health Information
Management
6th Ave and Spruce Street
PO Box 16052
READING PA 19612
Redisclosure Statement

Bevins, Patricia
MRN: 5946395, DOB: 5/18/1991, Sex: F

Date: 10/5/23

## Re-disclosure Statement

If and to the extent the attached records contain information which is protected from re-disclosure by federal and/or state law, the reader of this record is advised as follows:

- This information has been disclosed to you from records protected by Federal confidentiality rules (42 CFR part 2). The Federal rules prohibit you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or as otherwise permitted by 42 CFR part 2. A general authorization for the release of medical or other information is NOT sufficient for this purpose. The Federal rules restrict any use of the information to criminally investigate or prosecute any alcohol or drug abuse patient.
- This information has been disclosed to you from records whose confidentiality is protected by state statute. State regulations limit your right to make any further disclosure of this information without the prior written consent of the person to whom it pertains.
- This information has been disclosed to you from records protected by Pennsylvania law. Pennsylvania law prohibits you from making any further disclosure of this information unless further disclosure is expressly permitted by the written consent of the person to whom it pertains or is authorized by the Confidentiality of HIV-Related Information Act. A general authorization for the release of medical or other information is not sufficient for this purpose.



**Tower Health Medical Group**

TOWER HEALTH

THMG Health Information Management
6th Ave and Spruce Street
PO Box 16052
READING PA 19612
Redisclosure Statement

Bevins, Patricia
MRN: 5946395, DOB: 5/18/1991, Sex: F

## Patient Demographics

| Patient Name | Legal Sex | DOB | Service Area | Address | Phone |
|---|---|---|---|---|---|
| Bevins, Patricia | F | 5/18/19 91 | TWR SERVI CE AREA | 916 N 46th street PHILA PA 19131 | 267-366-4670 (Home) 267-366-4670 (Mobile) |

## Progress Notes by Edmonds, Michael, PA-C at 02/24/23 1220

| Author: Edmonds, Michael, PA-C | Service: — | Author Type: Physician Assistant |
|---|---|---|
| Filed: 02/24/23 1711 | Encounter Date: 2/24/2023 | Note Type: Progress Notes |
| Status: Signed | Editor: Edmonds, Michael, PA-C (Physician Assistant) | |

**Subjective**[ME.1]

Patricia Bevins[ME.2] is a[ME.1] 31 y.o.[ME.2] year old[ME.1] female[ME.2] who presents with complaint of rash.[ME.1]

Patient works as a cleaner and uses a chemical that was recently recalled by the FDA for containing irritants. Since she has been using this cleaning supply, she has noticed a rash to her bilateral hands. The skin of her hands is dry, cracked, and itchy. She denies history of rashes and other chronic skin conditions. Has been applying topical moisturizers at home without relief.[ME.3]

Review of Systems
Constitutional:  Negative for chills, fatigue and fever.
HENT:  Negative for congestion, postnasal drip, sinus pressure and sore throat.
Eyes:  Negative for discharge and redness.
Respiratory:  Negative for cough, chest tightness and shortness of breath.
Cardiovascular:  Negative for chest pain and palpitations.
Gastrointestinal:  Negative for abdominal pain, nausea and vomiting.
Genitourinary:  Negative for dysuria.
Musculoskeletal:  Negative for arthralgias and myalgias.
Skin:  Positive for rash. Negative for color change.
Allergic/Immunologic: Negative for environmental allergies, food allergies and immunocompromised state.
Neurological:  Negative for dizziness, light-headedness and headaches.
Hematological:  Negative for adenopathy.
Psychiatric/Behavioral:  Negative for confusion. The patient is not nervous/anxious.[ME.1]

has a current medication list which includes the following prescription(s): cephalexin, ibuprofen, prednisone, sumatriptan, and triamcinolone.

has no past medical history on file.

Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION[ME.2] | | |

**Objective**[ME.1]

Blood pressure 121/72, pulse 62, temperature 36.9 °C (98.5 °F), temperature source Oral, resp. rate 16, SpO2



**Tower Health Medical Group**

TOWER HEALTH

THMG Health Information
Management
6th Ave and Spruce Street
PO Box 16052
READING PA 19612
Notes Report

Bevins, Patricia
MRN: 5946395, DOB: 5/18/1991, Sex: F
Visit date: 2/24/2023

---

**Progress Notes by Edmonds, Michael, PA-C at 02/24/23 1220 (continued)**

99 %.[ME.2]

Physical Exam Constitutional:
  General: She is awake. She is not in acute distress.
  Appearance: Normal appearance.
HENT:
  Head: Normocephalic and atraumatic.
  Right Ear: Tympanic membrane and ear canal normal.
  Left Ear: Tympanic membrane and ear canal normal.
  Nose: No mucosal edema or rhinorrhea.
  Mouth/Throat:
  Mouth: Mucous membranes are moist.
  Pharynx: Oropharynx is clear. No oropharyngeal exudate or posterior oropharyngeal erythema.
Eyes:
  Extraocular Movements: Extraocular movements intact.
  Pupils: Pupils are equal, round, and reactive to light.
Neck:
  Musculoskeletal: Full passive range of motion without pain.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Heart sounds: S1 normal and S2 normal. No murmur. No friction rub. No gallop.
No peripheral edema noted
Pulmonary:
  Effort: Pulmonary effort is normal.
  Breath sounds: Normal breath sounds. No wheezing, rhonchi or rales.
Abdominal:
  General: Abdomen is flat. Bowel sounds are normal.
  Palpations: Abdomen is soft. There is no mass.
  Tenderness: There is no abdominal tenderness.

Musculoskeletal:
  General: Normal range of motion.
  Cervical back: Full passive range of motion without pain.
Lymphadenopathy:
  Cervical: No cervical adenopathy.
Neurological:
  General: No focal deficit present.
  Mental Status: She is alert and oriented to person, place, and time.
Skin:
  Findings: Rash present. No lesion. Rash is scaling.
  Comments:[ME.1] **Skin to bilateral fingers and dorsum of hands is dry, cracked, and flaking off. Mildly
erythematous. Pruritic. No warmth or tenderness appreciated.**[ME.3]
Psychiatric:
  Attention and Perception: Attention normal.
  Mood and Affect: Mood normal.
  Speech: Speech normal.

---



**Tower Health**
**Medical Group**

TOWER HEALTH

Advancing Health. Transforming Lives.

THMG Health Information
Management
6th Ave and Spruce Street
PO Box 16052
READING PA 19612
Notes Report

Bevins, Patricia
MRN: 5946395, DOB: 5/18/1991, Sex: F
Visit date: 2/24/2023

---

**Progress Notes by Edmonds, Michael, PA-C at 02/24/23 1220 (continued)**

---

**Assessment**[ME.1]

Final diagnoses:
**Allergic reaction to chemical substance, accidental or unintentional, initial encounter**[ME.2]

MDM - Pt presents to office with[ME.1] rash. Has been using a chemical cleaning product that she believes has been irritating her bilateral hands. Exam shows, dry, cracking, flaking skin to fingers and dorsum of bilateral hands. No erythema or tenderness. Exam findings most consistent with allergic reaction to chemical irritant. Low suspicion for bacterial infection at this time. Will treat with topical Triamcinolone and PO prednisone taper. Paper prescription for Keflex provided and warning signs for cellulitis are discussed. F/u with dermatology or PCP for any new or worsening symptoms.[ME.3]

**Plan**[ME.1]

| New Prescriptions | |
|---|---|
| CEPHALEXIN (KEFLEX) 500 MG CAPSULE | Take 1 capsule (500 mg total) by mouth 3 (three) times daily for 7 days. |
| PREDNISONE (DELTASONE) 20 MG TABLET | 3 tablets by mouth daily x3 days, then 2 tablets by mouth daily x3 days, then 1 tablet by mouth daily x3 days. |
| TRIAMCINOLONE (KENALOG) 0.1 % OINTMENT | Apply small amount three times a day for up to 3 weeks |

No orders of the defined types were placed in this encounter.[ME.2]

I have reviewed the diagnosis, care plan, and discharge instructions with the patient and they understand and agree with the plan.
An After Visit Summary was printed and given to the patient.[ME.1]

Michael Edmonds, PA-C[ME.2]

Electronically signed by Edmonds, Michael, PA-C 02/24/23 1711
Attribution Key
ME.1 - Edmonds, Michael, PA-C on 02/24/23 1307
ME.2 - Edmonds, Michael, PA-C on 02/24/23 1709
ME.3 - Edmonds, Michael, PA-C on 02/24/23 1703



**Tower Health**
**Medical Group**

TOWER HEALTH

THMG Health Information Management
6th Ave and Spruce Street
PO Box 16052
READING PA 19612
... Notes Report

Bevins, Patricia
MRN: 5946395, DOB: 5/18/1991, Sex: F
Visit date: 2/24/2023

---

**Progress Notes by Edmonds, Michael, PA-C at 02/24/23 1220 (continued)**

**Patient Demographics**

| Patient Name | Legal Sex | DOB | Service Area | Address | Phone |
|---|---|---|---|---|---|
| Bevins, Patricia | F | 5/18/19 91 | TWR SERVI CE AREA | 916 N 46th street PHILA PA 19131 | 267-366-4670 (Home) 267-366-4670 (Mobile) |

**Progress Notes by Seering, Graham J, PA-C at 06/12/23 1240**

| | | |
|---|---|---|
| Author: Seering, Graham J, PA-C | Service: — | Author Type: Physician Assistant |
| Filed: 06/12/23 1618 | Encounter Date: 6/12/2023 | Note Type: Progress Notes |
| Status: Signed | Editor: Seering, Graham J, PA-C (Physician Assistant) | |
| Cosigner: Jani, Ajay N, MD at 06/12/23 1648 | | |

**SUBJECTIVE:**
This is a[GS.1] 32 y.o.[GS.2] year old[GS.1] female[GS.2] who presents to the urgent care complaining of[GS.1] recurrent[GS.3] rash[GS.1] on b/l hands. Patient states rash started a few months ago after exposure to a cleaning product that was recalled - seen at this urgent care and diagnosed with dermatitis and given topical triamcinolone. Patient states topical steroid has improved symptoms however, she ran out of triamcinolone recently and symptoms returned. Patient states she is no longer being exposed to the cleaning products however she works as a dealer at a casino and has to wash her hands very often. Rash is itchy and painful. Denies any redness, swelling, bleeding, discharge.[GS.3]
Rash is not itchy or painful.[GS.1] Has not tried any OTC medications after running out of triamcinolone.[GS.3]

HPI

Review of Systems
Constitutional: Negative for[GS.1] chills[GS.3] and[GS.1] fever[GS.3].
HENT: Negative for[GS.1] rhinorrhea[GS.3],[GS.1] sneezing[GS.3] and[GS.1] sore throat[GS.3].
Eyes: Negative for[GS.1] redness[GS.3] and[GS.1] itching[GS.3].
Respiratory: Negative for[GS.1] shortness of breath[GS.3].
Cardiovascular: Negative for[GS.1] chest pain[GS.3].
Gastrointestinal: Negative for[GS.1] nausea[GS.3] and[GS.1] vomiting[GS.3].
Genitourinary:[GS.1] Negative[GS.3].
Musculoskeletal: Negative for[GS.1] arthralgias[GS.3] and[GS.1] joint swelling[GS.3].
Skin: Positive for[GS.1] rash[GS.3]. Negative for[GS.1] wound[GS.3].
Allergic/Immunologic: Negative for[GS.1] environmental allergies[GS.3].
Neurological: Negative for[GS.1] dizziness[GS.3] and[GS.1] numbness[GS.3].[GS.1]
All other systems reviewed and are negative[GS.3].

**CURRENT MEDS:**[GS.1]
has a current medication list which includes the following prescription(s): ibuprofen, prednisone, sumatriptan, and triamcinolone.[GS.2]

**PMH:**[GS.1]



**Tower Health Medical Group**

TOWER HEALTH

Advancing Health, Transforming Lives    Notes Report

THMG Health Information
Management
6th Ave and Spruce Street
PO Box 16052
READING PA 19612

Bevins, Patricia
MRN: 5946395, DOB: 5/18/1991, Sex: F
Visit date: 6/12/2023

---

**Progress Notes by Seering, Graham J, PA-C at 06/12/23 1240 (continued)**

has no past medical history on file.[GS.2]

**OBJECTIVE:**[GS.1]
Blood pressure 126/70, pulse 66, temperature 37.2 °C (98.9 °F), resp. rate 18, last menstrual period 06/09/2023, SpO2 99 %.[GS.2]

Physical Exam[GS.1] Vitals[GS.3] and[GS.1] nursing note[GS.3] reviewed.
Constitutional:
   General: She is[GS.1] not in acute distress[GS.3].
   Appearance:[GS.1] Normal appearance[GS.3]. She is not[GS.1] ill-appearing[GS.3].
HENT:
   Head:[GS.1] Normocephalic[GS.3] and[GS.1] atraumatic[GS.3].
   Nose:[GS.1] Nose normal[GS.3].
   Mouth/Throat:
   Mouth: Mucous membranes are[GS.1] moist[GS.3].
   Pharynx:[GS.1] Oropharynx is clear[GS.3].
Eyes:
   Extraocular Movements:[GS.1] Extraocular movements intact[GS.3].
   Conjunctiva/sclera:[GS.1] Conjunctivae normal[GS.3].
Neck:
   Musculoskeletal:[GS.1] Neck supple[GS.3].
Cardiovascular:
   Rate and Rhythm:[GS.1] Normal rate[GS.3] and[GS.1] regular rhythm[GS.3].
   Heart sounds:[GS.1] Normal heart sounds[GS.3].

Pulmonary:
   Effort: Pulmonary effort is[GS.1] normal[GS.3].
   Breath sounds: Normal[GS.1] breath sounds[GS.3].

Musculoskeletal:
   Hands:[GS.1]

---



**Tower Health**
**Medical Group**
TOWER HEALTH
Advancing Health. Transforming Lives.™ Notes Report

THMG Health Information
Management
6th Ave and Spruce Street
PO Box 16052
READING PA 19612

Bevins, Patricia
MRN: 5946395, DOB: 5/18/1991, Sex: F
Visit date: 6/12/2023

---

**Progress Notes by Seering, Graham J, PA-C at 06/12/23 1240 (continued)**



[GS.3]

Cervical back:[GS.1] Neck supple[GS.3].
Comments:[GS.1] **Volar aspect of all fingers with diffuse scaly hyperpigmented rash extending from MCP to finger nails.  Skin is dry and there are scattered skin fissures  no erythema, edema, bleeding or discharge.**[GS.3]
Neurological:
General:[GS.1] No focal deficit[GS.3] present.
Mental Status: She is[GS.1] alert[GS.3] and[GS.1] oriented to person, place, and time[GS.3].
Skin:
General: Skin is[GS.1] warm[GS.3] and[GS.1] dry[GS.3].
Psychiatric:
Mood and Affect:[GS.1] Mood[GS.3] normal.
Behavior:[GS.1] Behavior[GS.3] normal.

No results found.

**ASSESSMENT:**[GS.1]
Final diagnoses:
Irritant hand dermatitis[GS.2]

**MDM:** Pt presenting with[GS.1] recurrent rash on bilateral fingers for the past few months[GS.3].[GS.1]  Rash appearance and clinical presentation consistent with recurrent irritant dermatitis, likely secondary to frequent hand washing and job duties.  Patient to use triamcinolone topical ointment, and supportive measures as recommended.  Patient has appointment with dermatologist next week.[GS.3] Pt understanding and agreeing to plan.

---

Generated on 10/5/23  8:34 AM



**Tower Health
Medical Group**

TOWER HEALTH
Ascending Health Care Information ... Notes Report

THMG Health Information
Management
6th Ave and Spruce Street
PO Box 16052
READING PA 19612

Bevins, Patricia
MRN: 5946395, DOB: 5/18/1991, Sex: F
Visit date: 6/12/2023

---

**Progress Notes by Seering, Graham J, PA-C at 06/12/23 1240 (continued)**

**PLAN:**[GS.1]
No orders of the defined types were placed in this encounter.

| New Prescriptions | |
|---|---|
| TRIAMCINOLONE (KENALOG) 0.1 % OINTMENT | Apply small amount three times a day for up to 3 weeks |

[GS.2]

Plan as described in MDM

See AVS for additional patient instructions.

Procedures[GS.1]

Graham J Seering, PA-C[GS.2]

Electronically signed by Jani, Ajay N, MD 06/12/23 1648
Attribution Key

GS.1 - Seering, Graham J, PA-C on 06/12/23 1250
GS.2 - Seering, Graham J, PA-C on 06/12/23 1618
GS.3 - Seering, Graham J, PA-C on 06/12/23 1610

**Patient Demographics**

| Patient Name | Legal Sex | DOB | Service Area | Address | Phone |
|---|---|---|---|---|---|
| Bevins, Patricia | F | 5/18/91 | TWR SERVICE AREA | 916 N 46th street PHILA PA 19131 | 267-366-4670 (Home) 267-366-4670 (Mobile) |

**Progress Notes by Horinko, Monico at 07/24/23 1115**

| Author: Horinko, Monico | Service: — | Author Type: Medical Student |
|---|---|---|
| Filed: 07/24/23 1533 | Encounter Date: 7/24/2023 | Note Type: Progress Notes |
| Status: Attested | Editor: Horinko, Monico (Medical Student) | |
| Cosigner: Edmonds, Michael, PA-C at 07/24/23 1533 | | |
| Attestation signed by Edmonds, Michael, PA-C at 07/24/23 1533 | | |

I have seen and examined the patient, and have reviewed the note written by Medical Student Monica
Horinko. The student performed the history and examination in the physical presence of myself or the
resident. I verify that all components of the current note are accurate and reflect my assessment of the
patient.
Michael Edmonds, PA-C

---



**Tower Health
Medical Group**

TOWER HEALTH

THMG Health Information
Management
6th Ave and Spruce Street
PO Box 16052
READING PA 19612
Notes Report

Bevins, Patricia
MRN: 5946395, DOB: 5/18/1991, Sex: F
Visit date: 7/24/2023

---

**Progress Notes by Horinko, Monico at 07/24/23 1115 (continued)**
7/24/2023, 3:33 PM

Subjective:
**Subjective Patient ID:** Patricia Bevins is a 32 y.o. female.

Patient is a 32 y/o female with PMH of BV presenting for abnormal vaginal discharge x 2 weeks. Patient recently became sexually active again after 2 years and her symptoms began afterward. Admits to prominent odor and says she is having white discharge, more than usual. Has not tried anything thus far to improve sx. Denies itching, abdominal pain, dyspareunia, dysuria, genital lesions, abnormal bleeding, fever, chills, nausea, vomiting.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history, and problem list.

Review of Systems
Constitutional:  Negative for chills and fever.
Gastrointestinal:  Negative for abdominal distention, abdominal pain, nausea and vomiting.
Genitourinary:  Positive for vaginal discharge (**white, thicker and more copious than usual**). Negative for dyspareunia, dysuria, flank pain, genital sores, hematuria, menstrual problem, urgency, vaginal bleeding (**recently finished regular menstrual cycle**) and vaginal pain.
Musculoskeletal:  Negative for back pain and myalgias.
Skin:  Negative for rash.

Objective:
**Objective**

Physical Exam Exam conducted with a chaperone present.
Constitutional:
  General: She is not in acute distress.
  Appearance: Normal appearance. She is normal weight. She is not ill-appearing or toxic-appearing.
Eyes:
  Extraocular Movements: Extraocular movements intact.
Neck:
  Musculoskeletal: Normal range of motion.
Cardiovascular:
  Rate and Rhythm: Normal rate and regular rhythm.
  Pulses: Normal pulses.
  Heart sounds: Normal heart sounds. No murmur. No friction rub. No gallop.

Pulmonary:
  Effort: Pulmonary effort is normal. No respiratory distress.
  Breath sounds: Normal breath sounds. No wheezing.
Abdominal:

---



**Tower Health**
**Medical Group**
TOWER HEALTH
Advancing Health Transforming Lives

THMG Health Information
Management
6th Ave and Spruce Street
PO Box 16052
READING PA 19612
Notes Report

Bevins, Patricia
MRN: 5946395, DOB: 5/18/1991, Sex: F
Visit date: 7/24/2023

---

**Progress Notes by Horinko, Monico at 07/24/23 1115 (continued)**

General: Abdomen is flat. There is no distension.
Palpations: Abdomen is soft.
Tenderness: There is no abdominal tenderness. There is no right CVA tenderness, left CVA tenderness or
guarding.

Genitourinary:
 General: Normal vulva.
 Exam position: Supine.
 Pubic Area: No rash or pubic lice.
 Labia:
 Right: No rash.
 Left: No rash.
 Vagina: No foreign body. Vaginal discharge present. No bleeding.
 Cervix: Discharge **(moderate-large amount of yellow-tan discharge in and around the cervix)** present.
No friability or lesion.

Musculoskeletal:
 Cervical back: Normal range of motion.
Neurological:
 General: No focal deficit present.
 Mental Status: She is alert and oriented to person, place, and time. Mental status is at baseline.
Skin:
 General: Skin is warm and dry.
 Findings: No erythema or rash.
Psychiatric:
 Mood and Affect: Mood normal.
 Behavior: Behavior normal.
 Thought Content: Thought content normal.
 Judgment: Judgment normal.[MH.1]

**Assessment**

Patricia was seen today for vaginitis.

Diagnoses and all orders for this visit:

**Bacterial vaginosis**
- GC AND CHLAMYDIA, NAA (UROGENITAL); Future
- TRICHOMONAS BY NUCLEIC ACID AMPLIFICATION; Future
- Bacterial Vaginosis PCR; Future
- Candidiasis PCR (Vaginal); Future

**Other orders**
- metroNIDAZOLE (FLAGYL) 500 MG tablet; Take 1 tablet (500 mg total) by mouth every 12 (twelve)
hours for 7 days.[MH.2]

---



**Tower Health
Medical Group**

TOWER HEALTH

THMG Health Information
Management
6th Ave and Spruce Street
PO Box 16052
READING PA 19612
Notes Report

Bevins, Patricia
MRN: 5946395, DOB: 5/18/1991, Sex: F
Visit date: 7/24/2023

---

**Progress Notes by Horinko, Monico at 07/24/23 1115 (continued)**

### Plan

Patient is a 32 y/o female w/ PMH of BV presenting for abnormal discharge x 2 weeks, described as having a foul odor, white in color and more copious than usual. Pt recently had unprotected sexual intercourse. Denies itching, abdominal pain, dyspareunia, dysuria, genital lesions, abnormal bleeding, fever, chills, nausea, vomiting. On exam there is large amount of tan colored discharge in and surrounding the os. No friability or lesions noted. No bleeding. Pt denied any abdominal tenderness w/ flat and soft abdomen on exam. Cultures being sent for STI, BV, candida testing. Ddx bacterial vaginosis vs. STI. Plan to treat for BV with metronidazole PO due to pt history and adjust treatment pending culture results.

Procedures[MH.1]

Electronically signed by Horinko, Monico 07/24/23 1533
Attribution Key
    MH.1 - Horinko, Monico on 07/24/23 1136
    MH.2 - Horinko, Monico on 07/24/23 1154

---

**Patient Demographics**

| Patient Name | Legal Sex | DOB | Service Area | Address | Phone |
|---|---|---|---|---|---|
| Bevins, Patricia | F | 5/18/91 | TWR SERVICE AREA | 916 N 46th street PHILA PA 19131 | 267-366-4670 (Home) 267-366-4670 (Mobile) |

---

**Progress Notes by Waters, Tinia, MA at 08/11/23 1220**

| Author: Waters, Tinia, MA | Service: — | Author Type: Medical Assistant |
|---|---|---|
| Filed: 08/11/23 1227 | Encounter Date: 8/11/2023 | Note Type: Progress Notes |
| Status: Signed | Editor: Waters, Tinia, MA (Medical Assistant) | |

Patient returning for a chemical/ bacterial reaction she sustained in January; patient does normally see her PCP and dermatology, but she was unable to get a sooner appointment for the medication she needs.[TW.1]

Electronically signed by Waters, Tinia, MA 08/11/23 1227
Attribution Key
    TW.1 - Waters, Tinia, MA on 08/11/23 1222

---

**Patient Demographics**



| Tower Health Medical Group | THMG Health Information Management | Bevins, Patricia |
|---|---|---|
| TOWER HEALTH | 6th Ave and Spruce Street PO Box 16052 READING PA 19612 | MRN: 5946395, DOB: 5/18/1991, Sex: F Visit date: 8/11/2023 |
| | Notes Report | |

### Patient Demographics (continued)

| Patient Name | Legal Sex | DOB | Service Area | Address | Phone |
|---|---|---|---|---|---|
| Bevins, Patricia | F | 5/18/1991 | TWR SERVICE AREA | 916 N 46th street PHILA PA 19131 | 267-366-4670 (Home) 267-366-4670 (Mobile) |

### Progress Notes by Coyne, Elizabeth, NP at 08/11/23 1220

| Author: Coyne, Elizabeth, NP | Service: — | Author Type: Nurse Practitioner |
|---|---|---|
| Filed: 08/11/23 1546 | Encounter Date: 8/11/2023 | Note Type: Progress Notes |
| Status: Signed | Editor: Coyne, Elizabeth, NP (Nurse Practitioner) | |

**Subjective:**

**Subjective Patient ID:** Patricia Bevins is a 32 y.o. female.

HPI

32 year old female complaining of a rash on hands since January after being exposed to a chemical at work. Patient states she cannot get see Dermatology until September. Patient has not used any new soap, lotions or creams. Patient has been using neosporin.

The following portions of the patient's history were reviewed and updated as appropriate: allergies, current medications, past family history, past medical history, past social history, past surgical history, and problem list.

Review of Systems
Constitutional:  Negative for chills, fatigue and fever.
HENT:  Negative for congestion, rhinorrhea and sore throat.
Eyes:  Negative for itching.
Respiratory:  Positive for cough. Negative for shortness of breath.
Gastrointestinal:  Negative for diarrhea, nausea and vomiting.
Genitourinary:  Negative for dysuria, frequency and urgency.
Musculoskeletal:  Negative for myalgias.
Skin:  Positive for rash.
Neurological:  Negative for dizziness and headaches.[EC.1]

History reviewed. No pertinent past medical history.
Past Surgical History:

| Procedure | Laterality | Date |
|---|---|---|
| • CESAREAN SECTION | | |

Social History

| Tobacco Use | |
|---|---|
| • Smoking status: | Never |
| Passive exposure: | Never |
| • Smokeless tobacco: | Never |

| Vaping Use | |
|---|---|
| • Vaping Use: | Never used |

| Substance Use Topics | |
|---|---|
| • Alcohol use: | Not Currently |
| • Drug use: | Never |



**Tower Health Medical Group**

TOWER HEALTH
Advancing Health. Transforming Lives. Notes Report

THMG Health Information Management
6th Ave and Spruce Street
PO Box 16052
READING PA 19612

Bevins, Patricia
MRN: 5946395, DOB: 5/18/1991, Sex: F
Visit date: 8/11/2023

---

**Progress Notes by Coyne, Elizabeth, NP at 08/11/23 1220 (continued)**

---

Prior to Admission medications

| Medication | Sig | Start Date | End Date | Taking? | Authorizing Provider |
|---|---|---|---|---|---|
| ibuprofen (MOTRIN) 600 MG tablet | Take 1 tablet by mouth every 6 (six) hours. | 4/27/21 | | | Provider, Historical, MD |
| SUMAtriptan (IMITREX) 25 MG tablet | Take 25 mg by mouth every 2 (two) hours as needed for Migraine. Take 1 tablet by mouth and repeat in 2 hours if needed for migraine. Do not exceed 2 doses in 24 hours. | | | | Provider, Historical, MD |
| predniSONE (DELTASONE) 20 MG tablet | 3 tablets by mouth daily x3 days, then 2 tablets by mouth daily x3 days, then 1 tablet by mouth daily x3 days. | 2/24/23 | 8/11/23 | | Edmonds, Michael, PA-C |

No Known Allergies[EC.2]

Objective:[EC.1]

**Objective** Blood pressure 114/70, pulse 70, temperature 36.9 °C (98.5 °F), temperature source Oral, resp. rate 18, last menstrual period 07/16/2023, SpO2 96 %.[EC.3]

Physical Exam[EC.1] Vitals[EC.4] reviewed.
Constitutional:
  Appearance:[EC.1] Normal appearance[EC.4].
HENT:
  Head:[EC.1] Normocephalic[EC.4].
  Right Ear:[EC.1] Tympanic membrane[EC.4] normal.
  Left Ear:[EC.1] Tympanic membrane[EC.4] normal.
  Nose:[EC.1] Nose normal[EC.4]. No[EC.1] congestion[EC.4].
  Mouth/Throat:
  Mouth: Mucous membranes are[EC.1] moist[EC.4].
  Pharynx: No[EC.1] oropharyngeal exudate[EC.4].
Eyes:
  Extraocular Movements:[EC.1] Extraocular movements intact[EC.4].
  Conjunctiva/sclera:[EC.1] Conjunctivae normal[EC.4].
  Pupils:[EC.1] Pupils are equal, round, and reactive to light[EC.4].
Neck:
  Musculoskeletal:[EC.1] Normal range of motion[EC.4].
Cardiovascular:
  Rate and Rhythm:[EC.1] Normal rate[EC.4] and[EC.1] regular rhythm[EC.4].
  Heart sounds:[EC.1] Normal heart sounds[EC.4].

Pulmonary:
  Effort: Pulmonary effort is[EC.1] normal[EC.4].

---

Generated on 10/5/23  8:34 AM



**Tower Health**
**Medical Group**
TOWER HEALTH
Advancing Health. Transforming Lives. ‑ Notes Report

THMG Health Information
Management
6th Ave and Spruce Street
PO Box 16052
READING PA 19612

Bevins, Patricia
MRN: 5946395, DOB: 5/18/1991, Sex: F
Visit date: 8/11/2023

---

Progress Notes by Coyne, Elizabeth, NP at 08/11/23 1220 (continued)
Breath sounds: Normal[EC.1] breath sounds[EC.4]. No[EC.1] wheezing[EC.4] or[EC.1] rhonchi[EC.4].
Chest:
  Chest wall: No[EC.1] tenderness[EC.4].

Musculoskeletal:
  General:[EC.1] Normal range of motion[EC.4].
  Cervical back:[EC.1] Normal range of motion[EC.4].
Neurological:
  Mental Status: She is[EC.1] alert[EC.4] and[EC.1] oriented to person, place, and time[EC.4].
Skin:
  General: Skin is[EC.1] dry[EC.4].
  Findings:[EC.1] Rash **(fine rash scatterd on dorsum of both hands. No drainage, erythema or
swelling.)**[EC.4] present.
Psychiatric:
  Behavior:[EC.1] Behavior[EC.4] normal.

**Assessment**
32 year old female complaining of a rash on hands since January after being exposed to a chemical at work.
Patient states she cannot get see Dermatology until September.  Patient has not used any new soap, lotions or
creams. Patient has been using neosporin.[EC.1]Physical exam - Ears no erythema or bulging, Throat no
erythema or exudate, Lungs CTA.  Both hand -  fine rash scatterd on dorsum of both hands. No drainage,
erythema or swelling. Patient[EC.4] given prescription for triamcinolone. Patient to keep appointment with
dermatology[EC.5]

Patricia was seen today for hand problem.

Diagnoses and all orders for this visit:

**Allergic reaction to chemical substance, accidental or unintentional, initial encounter**

**Other orders**
-   triamcinolone (KENALOG) 0.1 % ointment; Apply small amount three times a day for up to 3 weeks[EC.5]

**Plan**
Triamolone ointment 3 times a day
Return for any redness, swelling, yellow drainage, fevers, or anything that worries you
Follow up with dermatology.

I have reviewed the diagnosis and treatment plan with the patient and patient understands and agrees to the

---



| Tower Health Medical Group | THMG Health Information Management | Bevins, Patricia |
|---|---|---|
| TOWER HEALTH | 6th Ave and Spruce Street | MRN: 5946395, DOB: 5/18/1991, Sex: F |
| Advancing Health and Transforming Lives Notes Report | PO Box 16052 READING PA 19612 | Visit date: 8/11/2023 |

---

**Progress Notes by Coyne, Elizabeth, NP at 08/11/23 1220 (continued)**

plan and will call with any questions or concerns

An After Visit Summary was printed and given to the patient.[EC.4]

Procedures[EC.1]

Electronically signed by Coyne, Elizabeth, NP 08/11/23 1546

Attribution Key

EC.1 - Coyne, Elizabeth, NP on 08/11/23 1230
EC.2 - Coyne, Elizabeth, NP on 08/11/23 1235
EC.3 - Coyne, Elizabeth, NP on 08/11/23 1234
EC.4 - Coyne, Elizabeth, NP on 08/11/23 1245
EC.5 - Coyne, Elizabeth, NP on 08/11/23 1544
EC.6 - Coyne, Elizabeth, NP on 08/11/23 1546

**Patient Demographics**

| Patient Name | Legal Sex | DOB | Service Area | Address | Phone |
|---|---|---|---|---|---|
| Bevins, Patricia | F | 5/18/91 | TWR SERVICE AREA | 916 N 46th street PHILA PA 19131 | 267-366-4670 (Home) 267-366-4670 (Mobile) |

---

**Order** — **Candidiasis PCR (Vaginal) [LAB10025] (Order 390093961)**

**Candidiasis PCR (Vaginal) [390093961]**

Electronically signed by: **Interface, Labcorp Lab Results In on 07/25/23 0000**     Status: **Completed**
Ordering user: Interface, Labcorp Lab Results In 07/25/23     Authorized by: Edmonds, Michael, PA-C
0000
Frequency: 07/25/23 -

Specimen Information

| Type | Collected By |
|---|---|
| — | 07/24/23 0000 |

**Results**

Resulted: 07/25/23 1815, Result status: Final
result

| Candidiasis PCR (Vaginal) [390093961] | |
|---|---|
| Order status: Completed | Resulting lab: LABCORP |
| Narrative: | |
| Test(s) 180056-Candida albicans, NAA; 180057-Candida glabrata, NAA; | |



**Tower Health**
**Medical Group**

TOWER HEALTH

THMG Health Information
Management
6th Ave and Spruce Street
PO Box 16052
READING PA 19612
Lab Results Report

Bevins, Patricia
MRN: 5946395, DOB: 5/18/1991, Sex: F
Visit date: 7/24/2023

## Results (continued)

180053-C parapsilosis/tropicalis; 180015-Candida lusitaniae, NAA;
180016-Candida krusei, NAA
was developed and its performance characteristics determined
by Labcorp. It has not been cleared or approved by the Food
and Drug Administration.
Performed at: 01 - Labcorp Raritan
69 First Avenue, Raritan, NJ 088691800
Lab Director: Liza Jodry MD, Phone: 8006315250

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Candida albicans NAA | Negative | Negative | — | LABCORP 01 |
| Candida glabrata NAA | Negative | Negative | — | LABCORP 01 |
| C parapsilosis/tropicalis | Negative | Negative | — | LABCORP 01 |
| Comment: This assay does not differentiate C. tropicalis and C. parapsilosis. | | | | |
| Candida lusitaniae NAA | Negative | Negative | — | LABCORP 01 |
| Candida krusei NAA | Negative | Negative | — | LABCORP 01 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 6 - LabCorp | LABCORP | Unknown | 330 N Arch St Unit 1 Lancaster PA 17603 | 12/04/19 0831 - Present |
| 90 - LABCORP 01 | LABCORP 1 | Unknown | Unknown | 07/20/20 0751 - Present |

## Patient Demographics

| Patient Name | Legal Sex | DOB | Service Area | Address | Phone |
|---|---|---|---|---|---|
| Bevins, Patricia | F | 5/18/19 91 | TWR SERVi CE AREA | 916 N 46th street PHILA PA 19131 | 267-366-4670 (Home) 267-366-4670 (Mobile) |

| Order | BACTERIAL VAGINOSIS PCR [LAB340762] (Order 390093962) |
|---|---|

## BACTERIAL VAGINOSIS PCR [390093962]

Electronically signed by: **Interface, Labcorp Lab Results In on 07/25/23 0000**          Status: **Completed**
Ordering user: Interface, Labcorp Lab Results In 07/25/23    Authorized by: Edmonds, Michael, PA-C
0000
Frequency: 07/25/23 -

Specimen Information

| Type | Collected By |
|---|---|
| — | 07/24/23 0000 |

## Results

| | Resulted: 07/25/23 1815, Result status: Final result |
|---|---|
| BACTERIAL VAGINOSIS PCR [390093962] | |
| Order status: Completed | Resulting lab: LABCORP |
| Narrative: | |
| Performed at: 01 - Labcorp Raritan | |



**Tower Health
Medical Group**

TOWER HEALTH

THMG Health Information
Management
6th Ave and Spruce Street
PO Box 16052
READING PA 19612
Lab Results Report

Bevins, Patricia
MRN: 5946395, DOB: 5/18/1991, Sex: F
Visit date: 7/24/2023

## Results (continued)

69 First Avenue, Raritan, NJ 088691800
Lab Director: Liza Jodry MD, Phone: 8006315250

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Atopobium vaginae | Low - 0 | Score | — | LABCORP 01 |
| BVAB 2 | Low - 0 | Score | — | LABCORP 01 |
| Megasphaera Species | Low - 0 | Score | — | LABCORP 01 |

Comment:
Calculate total score by adding the 3 individual bacterial
vaginosis (BV) marker scores together. Total score is
interpreted as follows:
Total score 0-1: Indicates the absence of BV.
Total score  2: Indeterminate for BV. Additional clinical
data should be evaluated to establish a
diagnosis.
Total score 3-6: Indicates the presence of BV.
This test was developed and its performance characteristics
determined by Labcorp. It has not been cleared or approved
by the Food and Drug Administration.

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - LabCorp** | LABCORP | Unknown | 330 N Arch St Unit 1 Lancaster PA 17603 | 12/04/19 0831 - Present |
| **90 - LABCORP 01** | LABCORP 1 | Unknown | Unknown | 07/20/20 0751 - Present |

## Patient Demographics

| Patient Name | Legal Sex | DOB | Service Area | Address | Phone |
|---|---|---|---|---|---|
| Bevins, Patricia | F | 5/18/19 91 | TWR SERVI CE AREA | 916 N 46th street PHILA PA 19131 | 267-366-4670 (Home) 267-366-4670 (Mobile) |

| Order | | GC AND CHLAMYDIA, NAA (UROGENITAL) [LAB1236000011] (Order 390093963) |
|---|---|---|

## GC AND CHLAMYDIA, NAA (UROGENITAL) [390093963]

Electronically signed by: **Interface, Labcorp Lab Results In** on **07/25/23 0000**    Status: **Completed**
Ordering user: Interface, Labcorp Lab Results In 07/25/23    Authorized by: Edmonds, Michael, PA-C
0000
Frequency: 07/25/23 -
Specimen Information

| Type | Collected By | |
|---|---|---|
| — | 07/24/23 0000 | |

## Results

Generated on 10/5/23  8:34 AM                                                    Page 17



**Tower Health Medical Group**

TOWER HEALTH

THMG Health Information Management
6th Ave and Spruce Street
PO Box 16052
READING PA 19612
Lab Results Report

Bevins, Patricia
MRN: 5946395, DOB: 5/18/1991, Sex: F
Visit date: 7/24/2023

## Results (continued)

GC AND CHLAMYDIA, NAA (UROGENITAL) [390093963]   Resulted: 07/27/23 1005, Result status: Final result

Order status: Completed
Narrative:                                           Resulting lab: LABCORP
Performed at: 01 - Labcorp Raritan
69 First Avenue, Raritan, NJ 088691800
Lab Director: Liza Jodry MD, Phone: 8006315250

Components

| Component | Value | Reference Range | Flag | Lab |
|---|---|---|---|---|
| Chlamydia trachomatis | Negative | Negative | — | LABCORP 01 |
| Neisseria gonorrhoeae | Negative | Negative | — | LABCORP 01 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| 6 - LabCorp | LABCORP | Unknown | 330 N Arch St Unit 1 Lancaster PA 17603 | 12/04/19 0831 - Present |
| 90 - LABCORP 01 | LABCORP 1 | Unknown | Unknown | 07/20/20 0751 - Present |

### Patient Demographics

| Patient Name | Legal Sex | DOB | Service Area | Address | Phone |
|---|---|---|---|---|---|
| Bevins, Patricia | F | 5/18/91 | TWR SERVICE AREA | 916 N 46th street PHILA PA 19131 | 267-366-4670 (Home) 267-366-4670 (Mobile) |

| Order | ⏱ TRICHOMONAS BY NUCLEIC ACID AMPLIFICATION [LAB921] (Order 390093964) |
|---|---|

## TRICHOMONAS BY NUCLEIC ACID AMPLIFICATION [390093964]

Electronically signed by: **Interface, Labcorp Lab Results In on 07/25/23 0000**        Status: **Completed**
Ordering user: Interface, Labcorp Lab Results In 07/25/23    Authorized by: Edmonds, Michael, PA-C
0000
Frequency: 07/25/23 -

Specimen Information

| Type | Collected By |
|---|---|
| — | 07/24/23 0000 |

## Results

TRICHOMONAS BY NUCLEIC ACID AMPLIFICATION [390093964]   Resulted: 07/27/23 1005, Result status: Final result
(Abnormal)

Order status: Completed
Narrative:                                           Resulting lab: LABCORP
Performed at: 01 - Labcorp Raritan
69 First Avenue, Raritan, NJ 088691800
Lab Director: Liza Jodry MD, Phone: 8006315250

Components

| Component | Value | Reference | Flag | Lab |
|---|---|---|---|---|



**Tower Health**
**Medical Group**

**TOWER HEALTH**
Advancing Health. Transforming Lives.

THMG Health Information
Management
6th Ave and Spruce Street
PO Box 16052
READING PA 19612
Lab Results Report

Bevins, Patricia
MRN: 5946395, DOB: 5/18/1991, Sex: F
Visit date: 7/24/2023

## Results (continued)

| | | | Range | | | |
|---|---|---|---|---|---|---|
| T. vaginalis by TMA | | Positive | Negative | A ! | | LABCORP 01 |

Testing Performed By

| Lab - Abbreviation | Name | Director | Address | Valid Date Range |
|---|---|---|---|---|
| **6 - LabCorp** | LABCORP | Unknown | 330 N Arch St Unit 1 Lancaster PA 17603 | 12/04/19 0831 - Present |
| **90 - LABCORP 01** | LABCORP 1 | Unknown | Unknown | 07/20/20 0751 - Present |

### END OF REPORT











Sedgwick Claims Management Services, Inc.
Po Box 14151
Lexington, KY 40512-4151



sedgwick.

Phone: (800)551-0271
Fax: (859)264-4060

June 06, 2023

De Fino Law Associates P.C.
Attn: Nicholas L Palazzo Esq
2541 S. Broad St.
Philadelphia, PA 19148

Re :    **Insured:**        BJ's Wholesale Club, Inc.
        **Claimant Name:**   Patricia Bevins
        **Date of Loss:**    01/01/2023
        **Claim Number:**    4A23061V0PV-0001

Dear Nicholas L Palazzo Esq:

This letter will serve to acknowledge receipt of your Letter of Representation, relative to the above-captioned matter, as well as confirm my telephone call to your office.

Sincerely,

Thomas Sullivan
Claims Examiner
Direct Dial:    (610)293-3050
Toll Free:      (800)551-0271
Facsimile:      (859)264-4060
Email:          thomas.sullivan@sedgwick.com

Sedgwick manages claims on behalf of BJ's Wholesale Club, Inc..

We value your privacy. For more on what personal information we may collect, how we may use this information and other important areas relating to your privacy and data protection, please read our privacy notice www.sedgwick.com.



*C00722681.342-2532*

