## CERTFICATE OF SERVICE

     I, the undersigned, hereby state that the within Opposition to Motion to Dismiss has been electronically filed on or about March 17th 2025 and electronically served on all defendants through their counsel of record via e notification of the within filing upon filing same with the Court.

                                      Respectfully Certified,
                                      **DEFINO LAW ASSOCIATES, P.C.**

                                      _____
                                      MICHAEL ANTHONY DEFINO, ESQ.
                                      VINCENT ANTHONY DEFINO, ESQ.
                                      NICHOLAS L. PALAZZO, ESQ.
                                      *Attorneys for Plaintiff*