**IN THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| PATRICIA BEVINS<br><br>Plaintiff,<br><br>v.<br><br>COLGATE-PALMOLIVE, CO.<br>and BJ'S WHOLESALE CLUB, INC.<br><br>Defendants. | CIVIL DIVISION<br><br>No. 2:25-cv-00576 |
|---|---|

## ORDER

    **And now** on this, _____ day of _____2025, after consideration of Defendants' Motion to Dismiss, and Plaintiff's Response in Opposition thereto, it is hereby **ORDERED AND DECREED** that said **Motion** is **DENIED**.

                                                      _____