IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **PATRICIA BEVINS**, <br> *Plaintiff,* <br><br> v. <br><br> **COLGATE-PALMOLIVE CO. and BJ'S WHOLESALE CLUB, INC.**, <br> *Defendants.* | **CIVIL ACTION** <br> **NO. 25-576** |

**ORDER**

**AND NOW**, this 13th day of May, 2025, in light of the fact that the thirty (30) day deadline to file an amended complaint has passed and Plaintiff did not filed an amended complaint, it is hereby **ORDERED** that the Clerk of Court shall close this case.

BY THE COURT:

**/s/ Michael M. Baylson**
**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-576 Bevins v Colgate-Palmolive\25-576 Order - Termination.docx